# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARNELL LEROY PARRISH,

     Petitioner,

vs.

BRIAN E. WILLIAMS, SR., et al.,

     Respondents.

Case No. 2:13-cv-00836-JCM-VCF

**ORDER**

     Petitioner has submitted an ex parte motion for appointment of counsel (#12). The court has dismissed this action for non-payment of the filing fee, and that dismissal currently is on appeal. The court of appeals is better situated to make a decision on whether petitioner needs representation by counsel.

     IT IS THEREFORE ORDERED that petitioner's ex parte motion for appointment of counsel (#12) is **DENIED**.

     DATED:   December 6, 2013.

JAMES C. MAHAN
United States District Judge