1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9 | DARNELL LEROY PARRISH,

10 |      Petitioner,                     Case No. 2:13-cv-00836-JCM-VCF

11 | vs.                                 **ORDER**

12 | BRIAN E. WILLIAMS, SR., et al.,

13 |      Respondents.

14

15         Petitioner has submitted an ex parte motion for appointment of counsel (#12).  The court has

16 dismissed this action for non-payment of the filing fee, and that dismissal currently is on appeal.

17 The court of appeals is better situated to make a decision on whether petitioner needs representation

18 by counsel.

19         IT IS THEREFORE ORDERED that petitioner's ex parte motion for appointment of counsel

20 (#12) is **DENIED**.

21         DATED:  December 6, 2013.

22
23

                                               _____

24                                           JAMES C. MAHAN
                                          United States District Judge

25
26
27
28