# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARNELL LEROY PARRISH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:13-cv-00836-JCM-VCF

**ORDER**

    Petitioner has filed petition for panel rehearing (#29) and cites Rule 40(a) of the Federal Rules of Appellate Procedure. Panel rehearing is a procedure for the court of appeals, not this court.

    To the extent that this court can construe the document as a motion for reconsideration, it is without merit. On July 15, 2013, the court dismissed this action without prejudice to commencing a new action, because petitioner had not paid the filing fee. Instead of commencing a new action and paying the filing fee, petitioner has spent more than a year arguing without success over the dismissal of this action. In the most recent motion, petitioner is reduced to arguing with this court that the court of appeals erred in its denial of a certificate of appealability. This court is in no position to rule on such a question.

///

///

///

///

///

-2-

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#29) is **DENIED**.

DATED: September 11, 2014.

_____
JAMES C. MAHAN
United States District Judge